**Certified translation from Polish**

*/national emblem of the Republic of Poland/*
REPUBLIC OF POLAND
MINISTRY OF JUSTICE
STATE PUBLIC PROSECUTOR'S OFFICE
**Department of International Legal Affairs**
Tel/fax: 48 22 628-1682

Warsaw, July 27th, 2005

**PR III Oz 2211/05/P**

        **Department of Justice**
        **Office of International Affairs**

        **1301 New York Avenue, N.W.**
        **Suite 800**
        **WASHINGTON D.C. 20005**

Pursuant to article 1 of the Agreement on legal assistance in criminal matters, concluded between the Republic of Poland and United States of America, on July 10th, 1996, please find enclosed the request of the District Prosecutor in Bydgoszcz, dated June 30th, 2005, number Oz 70/05, regarding legal assistance in case against Ryszard Kamiński and Mohammad Nashawi (with its English translation) and I would very much appreciate if you could cause its realization.

In our further correspondence, please refer to number PR III Oz 2211/05/P

I would also very much appreciate if you could return the evidence after assistance provision.

    Yours sincerely,

                Chief
        Department of International Legal Affairs
              Andrzej Kępiński
            *(-) signature illegible*

        *Oblong stamp:*
            Józef Gemra
    Prosecutor in State Prosecutor' Office
        *(-) signature illegible*

*Round official stamp with the national emblem of the Republic of Poland inside, and the following circumscription:* Ministry of Justice



*Oblong stamp:*
District Prosecutor's Office
ul. Przyrzecze 2-4
85-102 Bydgoszcz

Bydgoszcz, June 30th, 2005

File no.: **Oz 70/05**

# REQUEST
## for legal assistance in a criminal case

District Prosecutor's Office in Bydgoszcz, 6th Department for Organized Crime investigates the case under number VI DS 70/04 regarding beguilement of money by way of forged payment cards.

In the case under question, the Polish citizen Ryszard KAMIŃSKI and American citizen Mohamad NASHAWI were presented with the following charges:

I.  That during the period between October 5 and 12th, 2004, in Trzemiętów and Gdansk, acting together and in conspiracy with each other and other unidentified persons, committing a continuous offence, to obtain financial benefit by way of misleading third parties, they caused unfavorable administration of assets in the following way:

   1. on October 5th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇, they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,755 to the detriment of MBNA INTERNATIONAL BANK LTD of the United Kingdom of Great Britain and Northern Ireland;
   2. on October 5th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,755 to the detriment of MBNA INTERNATIONAL BANK LTD of the United Kingdom of Great Britain and Northern Ireland;
   3. on October 6th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,105 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;
   4. on October 6th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,460 to the detriment of MBNA INTERNATIONAL BANK LTD of the United Kingdom of Great Britain and Northern Ireland;
   5. on October 9th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,207 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
   6. on October 9th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   7. on October 10th, 2004, using a forged payment card number ▇▇▇▇▇▇▇▇ they made a banking transaction by purchase of merchandise from the Agricultural-

   Horticultural Farm in Trzemiętów 66, for PLN 1,700 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
8. on October 10th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,950 to the detriment of MBNA INTERNATIONAL BANK LTD of the United Kingdom of Great Britain and Northern Ireland;
9. on October 10th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,450 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
10. on October 11th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise in the store of Przedsiębiorstwo Handlowe "Total" in Gdansk, Partyzantów 6/12, box 78, for PLN 717 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
11. on October 11th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise in a store "Dakali" in Gdansk, Grunwaldzka 82, for PLN 3,680 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
12. on October 11th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise in a store "Planeta" in Gdansk, Grunwaldzka 87/91, for PLN 418 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
13. on October 12th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they made a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,360 to the detriment of ADVANTA FINANCIAL CORP. of the United States of America;
i.e. crime under article 310 paragraph 2 of the Criminal Code and article 286 paragraph 1 of the Criminal Code in relation to article 11 paragraph 2 of the Criminal Code and article 12 of the Criminal Code.

II. That during the period between October 9th and 12th, 2004, in Trzemiętów and Gdansk, acting together and in conspiracy with each other and other unidentified persons, committing a continuous offence, to obtain financial benefit by way of misleading third parties, they caused unfavorable administration of assets in the following way:
1. on October 9th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they attempted to make a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,200 to the detriment of FIRST USA BANK of the United States of America;
2. on October 9th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they attempted to make a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of CITIBANK (NEW YORK STATE) of the United States of America;
3. on October 10th, 2004, using a forged payment card number ▉▉▉▉▉▉▉▉ they attempted to make a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,900 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;

4. on October 11th, 2004, using a forged payment card number ▓▓▓▓▓▓ they attempted to make a banking transaction by purchase of merchandise in the store "Sferis" in Gdansk, Grunwaldzka 82, for PLN 3,599 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
5. on October 12th, 2004, using a forged payment card number ▓▓▓▓▓▓ they attempted to make a banking transaction by purchase of merchandise in the store "Świat Skóry - Progress" in Gdansk, Dmowskiego 82, for PLN 1,998 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
6. on October 12th, 2004, using a forged payment card number ▓▓▓▓▓▓ they attempted to make a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,950 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America

i.e. crime under article 13 paragraph 1 of the Criminal Code in relation to article 310 paragraph 2 of the Criminal Code, article 286 paragraph 1 of the Criminal Code and in relation to article 11 paragraph 2 of the Criminal Code and article 12 of the Criminal Code

III. During the period between September and October 2004, in Trzemiętow, Gdansk, and other unidentified places, acting together and in conspiracy with Ryszard KAMINSKI and with other unidentified persons, he participated in a criminal group focused on crime commitment,

i.e. crime under article 258 paragraph 1 of the Criminal Code

additionally Mohanad NASHWI was presented with a charge that:

IV. On October 18th, 2004 in Bydgoszcz, for the purpose of introducing into the market, he stored:
   - a forged VISA payment card number ▓▓▓▓▓▓ Fleet Bank, the original issuer of which is American JEFFCO SCHOOLS CREDIT UNION,
   - a forged MasterCard payment card number ▓▓▓▓▓▓ Citibank, the original issuer of which is American MBNA AMERICA BANK N.A.;
   - a forged VISA payment card number ▓▓▓▓▓▓ issued to Mohamad G. Nashawi, the original issuer of which is American PROVIDIAN NATIONAL BANK TILTON,

i.e. crime under article 310 paragraph 2 of the Criminal Code.

In the course of the proceedings it was established that the suspects used forged payment cards of the following numbers: ▓▓▓▓▓▓, ▓▓▓▓▓▓, ▓▓▓▓▓▓, ▓▓▓▓▓▓, ▓▓▓▓▓▓ allegedly issued by banks based in, among others, the United States of America.

To make unambiguous research in respect of the authenticity of the payment cards and to establish the injured party and the damage sustained by the same due to the aforementioned crime, it is necessary to perform the procedure in the United States of America.

Therefore, I would like to ask you for legal assistance in this criminal case and for realization of the activities specified hereinbelow, unless the same is in contradiction to the American law.

Please interrogate the witnesses and record the interrogation in a witness summary.

Prior to interrogation, please advise the witnesses about criminal liability for false testimony under article 233 paragraph 1 of the Criminal Code.

Please place a note in the witness summary about the instructions provided, resulting both from the Polish and American law.

I hereby respectfully apply for the following:
1. Interrogation as witness of the employee in the HOUSEHOLD BANK (SB) N.A. of the United States of America, keeping the banking account in respect of which the payment card number ▇▇▇▇▇▇▇ has been issued, about the following transactions:
    - dated October 6th, 2004, during which using a forged payment card number ▇▇▇▇▇▇▇ there was a banking transaction concluded by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,105 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;
    - dated October 10th, 2004, during which using a forged payment card number ▇▇▇▇▇▇▇ there was an attempt to conclude banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,900 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;

    and to ask him/her the following questions:
    * Who and when opened and administered the banking account in respect of which the card number ▇▇▇▇▇▇▇ has been issued?
    * When, in what circumstances, and to whom was it given?
    * Whether the aforementioned transactions have been concluded by this card?
    * Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
    * Whether the account holder notified any complaints or claims in respect of the transactions investigated?
    * Who covered the losses or would have covered the losses related to these transactions?

    And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

2. Establishing and interrogation of the holder of banking account in respect of which the payment card number ▇▇▇▇▇▇▇ has been issued, about the following transactions:
    - dated October 6th, 2004, during which there was a banking transaction concluded by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,105 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;
    - dated October 10th, 2004, during which there was an attempt to conclude banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,900 to the detriment of HOUSEHOLD BANK (SB) N.A. of the United States of America;

    and to ask him/her the following questions:
    * whether he/she held a banking account with of HOUSEHOLD BANK (SB) N.A. of the United States of America?
    * Whether he/she received a payment card number ▇▇▇▇▇▇▇ to this account, if so, when and in what circumstances he/she used it?
    * Whether he/she concluded the aforementioned transactions in Poland by the said card?
    * Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
    * Who covered losses related to those transactions and in what amount?



3. Interrogation as witness of the employee in the ENT. FEDERAL CREDIT UNION of the United States of America, keeping the banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮▮ has been issued, about the following transactions:
   - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮, a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,207 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
   - on October 10th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮, a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,450 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
   - on October 12th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,950 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America

   and to ask him/her the following questions:
   * Who and when opened and administered the banking account in respect of which the card number ▮▮▮▮▮▮▮▮▮ has been issued?
   * When, in what circumstances, and to whom was it given?
   * Whether the aforementioned transactions have been concluded by this card?
   * Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
   * Whether the account holder notified any complaints or claims in respect of the transactions investigated?
   * Who covered the losses or would have covered the losses related to these transactions?

   And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

4. Establishing and interrogation of the holder of banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮▮ has been issued, about the following transactions:
   - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,207 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
   - on October 10th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,450 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America;
   - on October 12th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,950 to the detriment of ENT. FEDERAL CREDIT UNION of the United States of America

   and to ask him/her the following questions:
   * whether he/she held a banking account with of ENT. FEDERAL CREDIT UNION of the United States of America?
   * Whether he/she received a payment card number ▮▮▮▮▮▮▮▮▮ to this account, if so, when and in what circumstances he/she used it?
   * Whether he/she concluded the aforementioned transactions in Poland by the said card?

* Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
* Who covered losses related to those transactions and in what amount?

5. Interrogation as witness of the employee in the MBNA AMERICA BANK N.A. of the United States of America, keeping the banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮ has been issued, about the following transactions:
   - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 10th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,700 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise in the store of Przedsiębiorstwo Handlowe "Total" in Gdansk, Partyzantów 6/12, box 78, for PLN 717 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise in a store "Dakali" in Gdansk, Grunwaldzka 82, for PLN 3,680 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction by purchase of merchandise in a store "Planeta" in Gdansk, Grunwaldzka 87/91, for PLN 418 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise in the store "Sferis" in Gdansk, Grunwaldzka 82, for PLN 3,599 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 12th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise in the store "Świat Skóry - Progress" in Gdansk, Dmowskiego 82, for PLN 1,998 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;

   and to ask him/her the following questions:
   * Who and when opened and administered the banking account in respect of which the card number ▮▮▮▮▮▮▮▮ has been issued?
   * When, in what circumstances, and to whom was it given?
   * Whether the aforementioned transactions have been concluded by this card?
   * Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
   * Whether the account holder notified any complaints or claims in respect of the transactions investigated?
   * Who covered the losses or would have covered the losses related to these transactions?

   And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

6. Establishing and interrogation of the holder of banking account in respect of which the payment card number ▮▮▮▮▮▮ has been issued, about the following transactions:
   - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮, a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 10th, 2004, using a forged payment card number ▮▮▮▮▮▮, a banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,700 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮ a banking transaction by purchase of merchandise in the store of Przedsiębiorstwo Handlowe "Total" in Gdansk, Partyzantów 6/12, box 78, for PLN 717 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮ a banking transaction by purchase of merchandise in a store "Dakali" in Gdansk, Grunwaldzka 82, for PLN 3,680 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮ a banking transaction by purchase of merchandise in a store "Planeta" in Gdansk, Grunwaldzka 87/91, for PLN 418 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 11th, 2004, using a forged payment card number ▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise in the store "Sferis" in Gdansk, Grunwaldzka 82, for PLN 3,599 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;
   - on October 12th, 2004, using a forged payment card number ▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise in the store "Świat Skóry - Progress" in Gdansk, Dmowskiego 82, for PLN 1,998 to the detriment of MBNA AMERICA BANK N.A. of the United States of America;

   and to ask him/her the following questions:
   * whether he/she held a banking account with of MBNA AMERICA BANK N.A. of the United States of America?
   * Whether he/she received a payment card number ▮▮▮▮▮▮ to this account, if so, when and in what circumstances he/she used it?
   * Whether he/she concluded the aforementioned transactions in Poland by the said card?
   * Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
   * Who covered losses related to those transactions and in what amount?

7. Interrogation as witness of the employee in the ADVANTA FINANCIAL CORP. of the United States of America, keeping the banking account in respect of which the payment card number ▮▮▮▮▮▮ has been issued, about the transaction of October 12th, 2004, when using a forged payment card number ▮▮▮▮▮▮ a banking transaction was made by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,360 to the detriment of ADVANTA FINANCIAL CORP. of the United States of America, and to ask him/her the following questions:

* Who and when opened and administered the banking account in respect of which the card number ███████ has been issued?
* When, in what circumstances, and to whom was it given?
* Whether the aforementioned transactions have been concluded by this card?
* Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
* Whether the account holder notified any complaints or claims in respect of the transactions investigated?
* Who covered the losses or would have covered the losses related to these transactions?

And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

8. Establishing and interrogation of the holder of banking account in respect of which the payment card number ███████ has been issued, about the transaction of October 12th, 2004, when using a forged payment card number ███████ a banking transaction was made by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,360 to the detriment of ADVANTA FINANCIAL CORP. of the United States of America, and to ask him/her the following questions:
    * whether he/she held a banking account with of ADVANTA FINANCIAL CORP. of the United States of America?
    * Whether he/she received a payment card number ███████ to this account, if so, when and in what circumstances he/she used it?
    * Whether he/she concluded the aforementioned transactions in Poland by the said card?
    * Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
    * Who covered losses related to those transactions and in what amount?

9. Interrogation as witness of the employee in the FIRST USA BANK of the United States of America, keeping the banking account in respect of which the payment card number ███████ has been issued, about the following transactions:
    - on October 9th, 2004, using a forged payment card number ███████ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,459 to the detriment of FIRST USA BANK of the United States of America;
    - on October 9th, 2004, using a forged payment card number ███████ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,200 to the detriment of FIRST USA BANK of the United States of America;

    and to ask him/her the following questions:
    * Who and when opened and administered the banking account in respect of which the card number ███████ has been issued?
    * When, in what circumstances, and to whom was it given?
    * Whether the aforementioned transactions have been concluded by this card?
    * Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
    * Whether the account holder notified any complaints or claims in respect of the transactions investigated?

* Who covered the losses or would have covered the losses related to these transactions?

And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

10. Establishing and interrogation of the holder of banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮ has been issued, about the following transactions:
    - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,459 to the detriment of FIRST USA BANK of the United States of America;
    - on October 9th, 2004, using a forged payment card number ▮▮▮▮▮▮▮▮ attempted banking transaction by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 1,200 to the detriment of FIRST USA BANK of the United States of America;
    
    and to ask him/her the following questions:
    * whether he/she held a banking account with of ADVANTA FINANCIAL CORP. of the United States of America?
    * Whether he/she received a payment card number ▮▮▮▮▮▮▮▮ to this account, if so, when and in what circumstances he/she used it?
    * Whether he/she concluded the aforementioned transactions in Poland by the said card?
    * Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
    * Who covered losses related to those transactions and in what amount?

11. Interrogation as witness of the employee in the CITIBANK (NEW YORK STATE) of the United States of America, keeping the banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮ has been issued, about the transaction of October 9th, 2004, when using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction was made by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of CITIBANK (NEW YORK STATE) of the United States of America, and to ask him/her the following questions:
    * Who and when opened and administered the banking account in respect of which the card number ▮▮▮▮▮▮▮▮ has been issued?
    * When, in what circumstances, and to whom was it given?
    * Whether the aforementioned transactions have been concluded by this card?
    * Whether in consequence of the aforementioned transactions any money was paid or transferred, if so, when and to whom?
    * Whether the account holder notified any complaints or claims in respect of the transactions investigated?
    * Who covered the losses or would have covered the losses related to these transactions?

    And please ask him/her for any and all copies of documentation related to the aforementioned transactions.

12. Establishing and interrogation of the holder of banking account in respect of which the payment card number ▮▮▮▮▮▮▮▮ has been issued, about the transaction of October 9th, 2004, when using a forged payment card number ▮▮▮▮▮▮▮▮ a banking transaction was made by purchase of merchandise from the Agricultural-Horticultural Farm in Trzemiętów 66, for PLN 2,560 to the detriment of CITIBANK

(NEW YORK STATE) of the United States of America, and to ask him/her the following questions:
* whether he/she held a banking account with of ADVANTA FINANCIAL CORP. of the United States of America?
* Whether he/she received a payment card number ▉▉▉▉▉▉▉▉ to this account, if so, when and in what circumstances he/she used it?
* Whether he/she concluded the aforementioned transactions in Poland by the said card?
* Whether in consequence of the aforementioned transactions there were any money drawn from his/her account, if so, what was the amount, and whether he/she authorized such transactions?
* Who covered losses related to those transactions and in what amount?

Based on the testimony of the aforementioned persons, please establish which of the aforementioned parties actually did sustain damage and is entitled to the status of injured. If there were real transactions notified using the aforementioned payment cards, and the related receivables encumbered the account holder – the account holder will be the injured party. If the account holder has not been encumbered by the receivables, or failed to recognize his/her liability toward the bank – the bank will be the injured party.

The form of the instruction to the injured party, regarding its basic rights and duties, enclosed hereto (Attachment No. 1) should be signed by the injured party (the copy remaining in the case files). The second copy of the form should be handed to the injured party.

13. Presentation of payment card VISA GOLD Providian, no. ▉▉▉▉▉▉▉▉ issued to Mohamad NASHAWI, by PROVIDIAN NATIONAL BANK TILTON, New Hampshire, USA, PROVIDIAN FINANCIAL CORPORATION, P.O. Box 194207 San Francisco, CA 94119, to the employee in the aforementioned bank to establish whether the card is authentic, and interrogation of the said employee as witness, about the proofs of forgery or authenticity, and circumstances of its possible issue.

14. Interrogation, as witness, of Abedmajid BAYZ, resident in New York, Brooklyn (no details about the person and address have been established) about collection of two transfers dated September 8th, 2004, via WESTERN UNION, of control numbers ▉▉▉▉▉▉▉▉ and ▉▉▉▉▉▉▉▉ USD 1,500 each, and asking him the following questions:
* Whether he knows a Polish citizen Ryszard KAMIŃSKI, and American citizen Mohamad NASHAWI, if so, when and where he met them, and what is the nature of their relationship?
* Whether on September 8th, 2004 he collected, via WESTERN UNION, two transfers of USD 1,500 per each, one from Ryszard KAMIŃSKI, and one from Mohamad NASHAWI, if so, what was the reason for such transfers, and what did he do with the money?
* Whether he sent anything to Poland to Ryszard KAMIŃSKI?
* Whether he sent forged payment cards to Poland to Ryszard KAMIŃSKI, if so, in what circumstances?

Please document the witness interrogation in form of witness summary.
The witnesses should be advised about criminal liability for false testimony under article 233 paragraph 1 of the Criminal Code.
Additionally, witness of point 14 should be advised about article 183 paragraph 1 of the Code of Criminal Procedure about his right to refuse answers to the questions if such answer could expose him or his close person to liability for crime.

The Polish party very highly appreciates your realization of the aforementioned actions in a quick manner, if possible, and would like to ensure about its readiness to provide assistance in this or any other case.

*Oblong stamp:*
           Deputy District Prosecutor in Bydgoszcz
                  Piotr Grzegorek
                *(-) signature illegible*

*Round official stamp with the national emblem of the Republic of Poland inside, and the following circumscription:* District Prosecutor's Office in Bydgoszcz

Attachments:
Number 1 – form of instructions to the injured party about its basic rights and duties;
Number 2 – excerpt from the Polish substantive criminal law;
Number 3 – excerpt from the Polish proceedings law;
Number 4 – evidence in form of payment card VISA GOLD Providian, no. ███████████ issued to Mohamad NASHAWI, by PROVIDIAN NATIONAL BANK TILTON, New Hampshire, USA, PROVIDIAN FINANCIAL CORPORATION, P.O. Box 194207 San Francisco, CA 94119

